

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-18-00883-CR

April Loreace **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0874-CR-B
Honorable Jessica Crawford, Judge Presiding

## O R D E R

On November 20, 2018, Appellant filed a notice of appeal with this court. After the reporter's record was due, court reporter Lori Schmid filed a notice of late reporter's record. The notice states Appellant has not provided the court reporter with a written request to prepare the reporter's record, *see* TEX. R. APP. P. 34.6(b), and it is unclear whether Appellant is entitled to a free reporter's record, *see id.* R. 20.2.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) Appellant has delivered a written request to prepare the reporter's record to court reporter Lori Schmid that designates any exhibits to be included, *see id.* R. 34.6(b), and (2) either the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or Appellant is entitled to a free reporter's record, *see id.* R. 20.2.

If Appellant fails to respond as ordered, Appellant's brief will be due within THIRTY DAYS of the date of this order, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court